

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@Schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gheorghe Olaru,<br><br>                              Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America; The Long-Term Disability Plan of the McLane Co. Inc.<br><br>                              Defendants. | No. 18-cv-00984-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE LONG-TERM DISABILITY PLAN OF THE MCLANE CO., INC.** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff gives notice that he voluntarily dismisses Defendant The Long-Term Disability Plan of The McLane Co., Inc. with prejudice. No Answer or other responsive pleading has been filed by this Defendant.

Dated this 28th day of September 2018.

SCHIFFMAN LAW OFFICE, P.C.


By: */s/ Lisa J. Counters*
     Lisa J. Counters

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Kristina N. Holmstrom
Ann-Martha Andrews
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
kristina.holmstrom@ogletree.com
ann.andrews@ogletree.com
Attorneys for Defendant LINA


By: */s/ Melissa A. Gutierrez*