**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@SchiffmanLaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gheorghe Olaru,<br><br>        Plaintiff,<br>vs.<br><br>Life Insurance Company of North America,<br><br>        Defendant. | No. 18-cv-00984-SMM<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

  The parties hereby stipulate that the Court may dismiss this matter with prejudice, each party to bear its own attorneys' fees and costs.

  Dated this 7th day of October 2019.

        SCHIFFMAN LAW OFFICE, P.C.


        By: */s/ Lisa J. Counters*
          Lisa J. Counters
        Attorneys for Plaintiff, Gheorghe Olaru

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


        By: */s/ Kristina N. Holmstrom*
          Kristina N. Holmstrom
          Attorneys for Defendants